COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-13-00697-CR

Style:      Maron Thomas

**v** The State of Texas

Date motion filed[*]:      December 2, 2013

Type of motion:      Motion for extension of time to file reporter's record

Party filing motion:      Court reporter

Document to be filed:      Reporter's record

If motion to extend time:

    Original due date:      August 30, 2013

    Number of extensions granted:      3      Current Due date: December 2, 2013

    Date Requested:      January 6, 2014

Ordered that motion is:

    ☑     Granted

          If document is to be filed, document due: January 6, 2014

          ☑     No further extensions of time will be granted

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

**The record was originally due on August 30, 2013. This is the fourth extension of time requested by and granted to the court reporter. The record is ordered filed no later than January 6, 2014, and no further extensions will be granted.** *See* **Tex. R. App. P. 35.3(c) (requiring court to ensure record is timely filed).**

Judge's signature: /s/ Justice Sherry Radack_____

          ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: December 5, 2013

November 7, 2008 Revision